B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): Coastal Electric Construction Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 11-3330024 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): 37 Eatondale Avenue, Blue Point, NY    ZIP Code: 11715 | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business: Suffolk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): 28 Garfield Avenue, Bay Shore, NY 11706 | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Coastal Electric Construction Corp. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Coastal Electric Construction Corp. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| **X** /s/ Robert L. Rattet<br>Signature of Attorney for Debtor(s)<br><br>Robert L. Rattet<br>Printed Name of Attorney for Debtor(s)<br><br>Rattet Pasternak, LLP<br>Firm Name<br><br>550 Mamaroneck Avenue<br>Suite 510<br>Harrison, NY 10528<br>Address<br><br>(914) 381-7400  Fax: (914) 381-7406<br>Telephone Number<br><br>July 25, 2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Kevin McKosky<br>Signature of Authorized Individual<br><br>Kevin McKosky<br>Printed Name of Authorized Individual<br><br>President<br>Title of Authorized Individual<br><br>July 25, 2011<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

# United States Bankruptcy Court
## Eastern District of New York

In re   Coastal Electric Construction Corp.                                     Case No.
                                              Debtor(s)                          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                      $          17,426.25
    Prior to the filing of this statement I have received            $          17,426.25
    Balance Due                                                      $               0.00

2. $ 0.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):   Debtor - $7,426.25
                                        Kristie L. Roche - $5,000
                                        AAA Service and Maintenance - $5,000

4. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   July 25, 2011                           /s/ Robert L. Rattet
                                                 Robert L. Rattet
                                                 Rattet Pasternak, LLP
                                                 550 Mamaroneck Avenue
                                                 Suite 510
                                                 Harrison, NY 10528
                                                 (914) 381-7400   Fax: (914) 381-7406

# United States Bankruptcy Court
### Eastern District of New York

In re  Coastal Electric Construction Corp.,  
Debtor

Case No. _____

Chapter _____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kevin McKosky<br>37 Eatondale Avenue<br>Blue Point, NY 11715 | 98.04% | | |
| Kevin Tomlinson<br>38 Michael F Street<br>Locust Valley, NY 11560 | 1.96% | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 25, 2011

Signature  /s/ Kevin McKosky  
Kevin McKosky  
President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re    Coastal Electric Construction Corp.                                    Case No.
                                                      Debtor(s)                 Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   July 25, 2011              /s/ Kevin McKosky
                                   Kevin McKosky/President
                                   Signer/Title

Date:   July 25, 2011              /s/ Robert L. Rattet
                                   Signature of Attorney
                                   Robert L. Rattet
                                   Rattet Pasternak, LLP
                                   550 Mamaroneck Avenue
                                   Suite 510
                                   Harrison, NY 10528
                                   (914) 381-7400   Fax: (914) 381-7406

Ace Wire and Cable, Inc.
72-01 51st Ave
Woodside, NY 11377

ADI
200 Clearbrook Rd.
Elmsford, NY 10523

AEC REPRO
44 W. 39th Street
New York, NY 10018

Aggreko, LLC
120 Bothwell Street
Glasgow G2 7JS
United Kingdom

Air-Weld
318 39th Street
Brooklyn, NY 11232

Allegiance Capital Corp.
Attn: Donald C. Uber, VP
5429 LBJ Freeway, Ste 750
Dallas, TX 75240

American Express Travel
Related Services
200 Vesey Street
New York, NY 10285

American Express Travel
c/o Nationwide Credit
2015 Vaughn Rd NW Bld 400
Kennesaw, GA 30144

Anixter, Inc.
300 Park Avenue
New York, NY 10022

Anixter, Inc.
3914 Review Avenue
Long Island City, NY 11101

Arch Insurance Company
3 Parkway
Philadelphia, PA 19102


Astoria Engraving, Inc.
2303 27th Street
Astoria, NY 11105


Atlantic Hoisting &
Scaffolding, LLC
330 North Henry Street
Brooklyn, NY 11222


Atlas Sanitation Co., Inc
15619 107th Avenue
Jamaica, NY 11432


Benfield Electric Supply
25 Lafayette Avenue
White Plains, NY 10603


Bryant Tool & Supply
6110 34th Avenue
Woodside, NY 11377


C&T Container Sales
273 Skidmore Road
Deer Park, NY 11729


Cable 1st
P.O. Box 262
Millstone Township, NJ 08510


Cablevision
6 Corporate Drive
Melville, NY 11747


Canon Financial Services
14904 Collections Center
Chicago, IL 60693

Capital One, NA
c/o King & Spalding, LLP
1185 Avenue of the
Americas, Fl. 35
New York, NY 10036


Capital One, NA
nka North Forth Bank
275 Broadhollow Road
Melville, NY 11747


Champion Alarm Systems
4809 Avenue N
Brooklyn, NY 11234


Colonial Hardware Corp.
163 Varick Street
New York, NY 10013


CompuPay, Inc.
P.O Box 342703
Boston, MA 02284-2073


Crescent Electric Supply
221-18 Merrick Blvd
Jamaica, NY 11413


Cummins Power Systems,LLC
Lock Box 510277
Philadelphia, PA 19175


Electrotech Service
Equipment Corporation
2450 46th Street
Astoria, NY 11103


Elemco Services
228 Merrick Road
Lynbrook, NY 11563


Fastenal Industrial &
Construction Supply, Inc.
2001 Theurer Blvd.
Winona, MN 55987

Federal Express
P.O. Box 371461
Pittsburgh, PA 15250


Firecom, Inc.
39-27 59th Street
Woodside, NY 11377


Fleet Services
Exoson Universal
P.O. Box 6293
Carol Stream, IL 60197


Frederick J. Hanna & Asso
Attorneys at law
1427 Rosewell Road
Marietta, GA 30062


FSR Metal Group
244 Bergen Boulevard
Little Falls, NJ 07424


Galaxy Switchgear
Industries, LLC
717 S. 3rd Avenue
Mount Vernon, NY 10550


Gallant & Wein Corp.
11-20 43rd Road
Long Island City, NY 11101


Gotham Lighting Supply
1786 E. 49th Street
Brooklyn, NY 11234


GR Engineering PC
61 East Woodside Avenue
P.O. Box 20
Kalgorlie WA 6430
Patchogue, NY 11772


Grainger
505 Saw Mill River Road
Elmsford, NY 10523-1009

Graybar Electric Company  
21-15 Queens Plaza North  
Long Island City, NY 11101

Harbor Electric  
Fabrication & Tools, Inc.  
29 Portman Road  
New Rochelle, NY 10801

Hart Roofing &  
Waterproofing, Inc.  
1123 Jericho Turnpike #B  
Commack, NY 11725-3023

HD Supply Facilities Mant  
P.O. Box 509058  
San Diego, CA 92150-9058

HILTI, Inc.  
P.O. Box 382002  
Pittsburgh, PA 15250-8002

HRH Construction, LLC  
11 Martine Ave., 10th Fl.  
White Plains, NY 10606

Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA 19101-7346

Internal Revenue Service  
Attn: Weiming Chi  
1 Lefrak City Plz., 4thFl  
Corona, NY 11368

Internal Revenue Service  
ACS Support  
P.O. Box 8208  
Philadelphia, PA 19101-8208

ISAT International  
Seismic App Technology  
14848 Northam Street  
La Mirada, CA 90638

J&J Asbetos Abatement
63 Flushing Ave, Bldg 275
Brooklyn, NY 11205


James Schmitt
8 Berkley Place
Smithtown, NY 11787


JMG Consultants
3 Second Street
P.O. Box 203
Glenwood Landing, NY 11547-0203


Joint Industry Board of
the Electrical Industry
158-11 Harry Van Arsdale
Jr. Avenue
Fresh Meadows, NY 11365


Joint Industry Board of
the Electrical Industry
c/o David R. Hock, Esq.
330 W42nd St., 25th Fl.
Fresh Meadows, NY 11365


Kevin Mckosky
P.O. Box 1476
Patchogue, NY 11772


KeySpan Gas East Corp
Allied Account Service
422 Bedford Avenue
Bellmore, NY 11710-3564


KeySpan Gas East Corp.
DBA National Grid
175 E. Old Country Road
Hicksville, NY 11801


Lauren T. Enterprises,Inc
245 E. 44th Street
New York, NY 10163

LI Electrical
Distribution
230 49th Street
Brooklyn, NY 11220

Long Island
Power Authority
P.O. Box 9083
Melville, NY 11747

Lori J. Blake
1109 South Washington St.
Bloomington, IN 47401

Maggio Sanitation Service
88 Old Dock Road
Yaphank, NY 11980

McGraw Hill Construction
7625 Collection Center Dr
Chicago, IL 60693

McGraw Hill Construction
Dodge
7625 Collection Center Dr
Chicago, IL 60693

Mid-Island
Electrical Supply
700 Corporate Blvd.
Newburgh, NY 12550

Midway Electric
& Data  Supply
403 Concord Avenue
Bronx, NY 10454

Modern Suppliers
1155 Leggett Avenue
Bronx, NY 10474

Musco Sports Lighting,LLC
100 1st Avenue West
P.O. Box 808
Oskaloosa, IA 52577-0808

```
New York Electrical
Power Services
5-38 46th Street
Long Island City, NY 11101


New York Electrical
Contractors Association
1430 Broadway, 8th Fl.
New York, NY 10018


New York State Dept.
of Taxation and Finance
Civil Enforcement-Reg. 5B
W A Harriman Campus
Albany, NY 12227-0001


New York State Dept.
of Taxation and Finance
W A Harriman Campus
Albany, NY 12227-0001


OCE Financial Services
12379 Collections Ctr Dr.
Chicago, IL 60693


Office of the US Trustee
Eastern District of NY
L.I.  Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722


OFSI
OCE
13824 Collections Ctr Dr.
Chicago, IL 60693


Pitney Bowes Global
Financial Service
P.O. Box 5010
Woodland Hills, CA 91365-5010


Pride Equipment Corp.
150 Nassau Avenue
Islip, NY 11751
```

Printcorp Incorporated
2050 Ocean Avenue
Ronkonkoma, NY 11779


Production Resource Group
200 Business Park Drive
Suite 109
Armonk, NY 10504


Purchase Power
P.O. Box 856042
Louisville, KY 40285


Quench of New Jersey, Inc
P.O. Box 644006
Cincinnati, OH 45264-4006


R G Industries
117 Grattan Street
Brooklyn, NY 11237


Ray Bock Stationary Co.
3 Plainfield Avenue
Floral Park, NY 11001


RFF & Associates, Inc.
AT&H Company
1001 Franklin Ave.Ste 208
Garden City, NY 11530


Roof Stuff, Inc.
7838 Ridgemar Drive
Dallas, TX 75231


Schacht Electrical
Supplies
347 W 39th Street
New York, NY 10018


Schedule Solutions of
New Jersey
2 Trubek Farm Road
Annandale, NJ 08801

Schwing Electrical Supply
122 Allen Boulevard
Farmingdale, NY 11735-5631


Select Safety Consulting
Services, Inc.
680 Sharrots Road
Staten Island, NY 10309


Skylift Contractor, Inc.
24 Greenpoint Avenue, #B
Brooklyn, NY 11222-1515


Sprint
P.O. Box 17621
Baltimore, MD 21297-1621


Staples
Business Advantage
Dept. NY 85106
P.O. Box 30851
Hartford, CT 06150-0851


Suffolk County
Water Authority
2045 Route 112, Suite 5
Coram, NY 11727


Tanner Bolt & Nut Corp
4102 Glenwood Road
Brooklyn, NY 11210


The Home Depot
Citibank (South Dakota)
P.O. Box 6497
Sioux Falls, SD 57117


Theresa's
Concrete Service, Inc.
P.O. Box 1513
Salisbury, NC 28145


Total Electrical
Distributors, Inc.
388 South Avenue
Staten Island, NY 10303

```
Tremont Electric Supply
1785 Jerome Avenue
Bronx, NY 10453


United Electric Power
270 Park Avenue
Garden City Park, NY 11040


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


United Rentals
(North America)
P.O. Box 100711
Atlanta, GA 30384-0711


United Rentals
c/o ANI Management Grp.
15 Ives Road
Hewlett, NY 11557


Verizon
P.O. Box 15124
Albany, NY 12212


Verizon
PO Box 1100
Albany, NY 12250


Verizon Wireless
Bankruptcy Department
P.O. Box 3397
Bloomington, IL 61702


Vibrations Mountings &
Controls,Inc.The VMC Grp
113 Main Street
P.O. Box 270
Bloomingdale, NJ 07403


Vico Inc
448 West 36th Street
New York, NY 10018
```

```
Von Rohr Equipment Corp.
2 New Main Street
East Orange, NJ 07019


Wells Fargo
Financial Leasing
604 Locust St., 13th Fl.
Des Moines, IA 50309


Wesco Receivables Corp.
P.O. Box 825089
Philadelphia, PA 19182-5089


Wise Components
79 Harborview Avenue
Stamford, CT 06902
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Coastal Electric Construction Corp.    **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

2. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

3. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): \_\_Y\_\_

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| /s/ Robert L. Rattet | |
| Robert L. Rattet | |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| Rattet Pasternak, LLP | |
| 550 Mamaroneck Avenue | |
| Suite 510 | |
| Harrison, NY 10528 | Signature of Pro Se Joint Debtor/Petitioner |
| (914) 381-7400 Fax:(914) 381-7406 | |
| | Mailing Address of Debtor/Petitioner |
| | City, State, Zip Code |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.